AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00344 |
| Charles Clark | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign Date: 3/30/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____June 1, 2017-December 31, 2019_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. §2423(a) (Travel with Intent to Engage in Criminal Sexual Activity),
18 U.S.C. §2422(b) (Coercion and Enticement),
22 D.C. Code §§3008(a) & 3020(a)(2) (First Degree Child Sexual Abuse with Aggravating Circumstances).

On or about the date of March 23, 2021, in the county of _____, in the District of Columbia, the defendant violated:

18 U.S.C. §2252(a)(2) (Distribution of Child Pornography),

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Walsh , Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   03/30/2021

_____
*Judge's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*