# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. **22-CR-160** |
| : | |
| **CHARLES CLARK,** : | |
| Defendant. : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Janani J. Iyengar hereby provides the following attachment: Discovery Letter for Production 1.

                                Respectfully submitted,

                                MATTHEW GRAVES
                                UNITED STATES ATTORNEY

                                _____/s/_____
                                JANANI J. IYENGAR
                                ASSISTANT UNITED STATES
                                ATTORNEY
                                601 D Street, NW
                                Washington, DC 20530



U.S. Department of Justice
Matthew Graves
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

August 14, 2022

Re:   Discovery Letter

Dear Counsel:

I am writing to memorialize the production of the following materials in discovery:

- Extractions from the following items:
    - Item 966382—LG cell phone
    - Item 966385—battery pack
    - Item 966386—SD card
    - Item 966387—LG cell phone
    - Item 966388—ZTE cell phone
    - Item 966389—Samsung galaxy
    - Item 966390—LG cell phone
    - Item 966391—Motorola cell
    - Item 966392—LG cell phone
    - Item 966393—Nokia Lumina cell
    - Item 966394—Samsung cell phone
    - Item 966395—Motorola 1465
    - Item 966396—Samsung cell phone
    - Item 966397—Nextbook tablet
    - Item 966398—Proscan tablet
    - Item 966400—Toshiba laptop
    - Item 966401—LG cell phone
    - Item 966656—LG cell phone
- 21-033-408 Notes
- Clark Case Packet Cobalt
- Instagram data download (redacted)
- MV1's recorded interview
- Nigaar4u Instagram return

The government has also made MV1's cell phone available for your review at our office upon request.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ /Janani Iyengar*

Janani Iyengar
Assistant United States Attorney
Phone: (202) 870-4487
Email: Janani.Iyengar@usdoj.gov