# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 22-CR-160-CJN** |
| v. | : | |
| | : | |
| **CHARLES CLARK,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO VACATE SENTENCING DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Charles Clark, through his counsel, respectfully move the Court to vacate the current sentencing date of August 15, 2023, and to approve the petition filed by the Probation Office on July 11, 2023 [ECF No. 48].

In support of this motion, the parties state as follows:

On October 11, 2022, the defendant, Charles Clark, entered a plea of guilty. Pursuant to the terms of his plea agreement, sentencing before this Court was to take place after sentencing for a related case in Charles County, Maryland. On March 30, 2023, Mr. Clark was transported to Charles County, Maryland, where he entered a guilty plea to charges related to the conduct at issue in the instant case. Sentencing in Maryland had originally been scheduled for July 7, 2023. Based upon that original Maryland sentencing date, the parties jointly requested a sentencing date in August and the Court scheduled sentencing to take place on August 15, 2023.

Since that time, the court in Charles County, Maryland, has delayed imposition of Mr. Clark's sentence in the related case and has scheduled a new sentencing date for August 22, 2023. Because imposition of the sentence in this case should follow imposition of the sentence in Maryland, the parties are requesting that the August 15, 2023, sentencing date be vacated. In

addition, on July 11, 2023, the Probation Office submitted a petition [ECF No. 48] seeking an evaluation of the defendant to aid in sentencing. Neither party objects to the petition and agrees that the most appropriate course is to vacate the sentencing date and schedule a new date once the evaluation has been completed.

    For these reasons, the parties respectfully request that the Court vacate the August 15, 2023, sentencing date and associated deadlines for sentencing memoranda. Once the Probation Office has received the requested evaluation a new date can be scheduled convenient to the Court.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    /s/ Jocelyn Bond
Jocelyn Bond
D.C. Bar Number 1008904
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 809-0793
Email: Jocelyn.Bond@usdoj.gov

   /s/ Jay P. Mykytiuk
JAY P. MYKYTIUK
D.C. Bar No. 976596
Counsel for the Defendant
Scrofano Law PC
406 5th Street NW
Washington, D.C. 20001
(202) 630-1522
jpm@scrofanolaw.com