To: Justice + Members of the Jury
From: Ty Jeter, Waldorf, MD (Neighbor)
Subject: Charles Clark
Date: August 13, 2021

Dear Your Honor,

I am writing this letter as a character reference on behalf of Charles Clark. I have learned of the seriousness of the case and voluntarily wish to provide this information.

I have known Charles for nearly 5 years and know him to be a good man who is distressed by his current circumstances.

The Charles Clark I know, is a good man, and this I know to be evident based on his actions since becoming neighbors. In our friendship, he has always been there for me if I needed anything.

It is my sincere hope the court takes this letter into consideration. I believe Charles to be an

honorable individual and a valuable member of my community, and a good human being.

Sincerely,

Ty Jeter

Gordon Blackstone

9510 Everette Drive

Spotsylvania, Virginia



September 4, 2021

I, Gordon Blackstone am writing to provide a character reference for Mr. Charles Clark who I have known as a friend and colleague for over 14 years.

I was both troubled and dismayed to hear about the recent charges as I have always known him to be a solid person. As Mr. Clark's direct supervisor I can attest that he was well-regarded among all staff at our government agency as a person of high integrity and honesty. In our work environment Mr. Clark was often sought as a source of comfort and guidance during times of bereavement and crisis. As a supervisor himself, Mr. Clark has never had a negative accusation lodged against him during the time I have known him.

It is my sincere hope that the court will take this letter into consideration. Despite the current accusations against him I have no reason or knowledge of anything that would lead me to believe that Mr. Clark is anything other than an honorable man, a valuable member of the community and a good human being.

Sincerely,

Gordon Blackstone

David L. Fisher Sr.

17200 Four Seasons Drive

Dumfries, Va. 22025

September 2, 2021

Re: Charles D. Clark

To: Presiding Judge

I have known Charles Clark as a co-worker and friend for 18 years. I was very troubled and surprised to hear about his recent case as he has always been a very solid person. It is for this reason I am very happy to write a letter of reference for Mr. Charles Clark regarding this matter. I understand the seriousness of this matter, however I hope the court will show some leniency.

Charles Clark has always been an upright character in the community. In our friendship he guided me through the home buying process for my first home, helping me to understand the entire process. It was his friendship that made it easy for me to share my personal business with him, not feeling like he would divulge my personal information. Because of this we became closer and had many in-depth conversations about our secular careers, family and religion. As one of Jehovah's Witnesses we discussed the value of living by Bible principles on many occasions. And these were conversations we both thoroughly enjoyed.

It is my sincere hope that the court takes this brief letter into consideration at the time of sentencing. Despite the current case, I still believe Charles Clark to be an honorable individual, a valuable member of the community and a good human being.

Sincerely,

*[signature: David S. Fisher]*

David L. Fisher

Wallace L. Wye
4495 Strauss Avenue
Indian Head, Maryland 20640

September 1, 2021

To:   The Honorable Judge presiding over this matter

I have known Charles Clark as a good friend since I was 15 years old. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Clark regarding this matter. I understand the seriousness of this matter, however, hope the court will show some leniency.

Charles Clark has always been an upright character in the community. In our friendship, he has really been there for me, especially when the company I worked for closed. He made it a point to be there and show a significant amount of support during a sudden and arduous job search. It was Charles Clark that was a source of camaraderie for both me and my family. He has truly been a good friend over the years.

Mr. Clark comes from a loving family and has many friends. He has two daughters, four sons and a host of grandchildren. He has been an employee for the U.S. Department of State for more than 20 years. Also, Mr. Clark has never been arrested or charged with any crime throughout his life. This case is definitely a surprise and totally out of his character; the matter of which he is accused does not match his mentality.

In addition to our friendship, he is an upstanding member of his neighborhood. It is unfortunate that he has made a bad decision, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In short, I am confident that Mr. Clark has expressed a deep sense of remorse in making such a decision, if it was a decision he made.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Charles Clerk to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

Wallace L. Wye

*(signature: Wallace L. Wye)*



Jeffrey Franklin
5303 Zeppelin Court
Clinton, Maryland

September 13, 2021

Two whom It May Concern,

I, Jeffrey Franklin, am writing this letter to provide you a character reference for Mr. Charles Clark. I have known Charles for over 16 years, he is not only a good friend, but we have formed a brotherly relationship. Charles has always been kind, polite and generous to others and would never hesitate to assist others in need. I have witness Charles take great care of his entirely family, particularly his children and grandchildren for many years. I have always looked up to Charles as a big brother and learned a lot from him by observing how he handle different situations. Charles is a hard working upstanding individual who has always shown good character and morals around me and my family. Over the years, I know Charles to be dependable, reliable, honest, courteous, and trustworthy. Again, Charles has been nothing but a great friend to me and my family.

Sincerely,

*Jeffrey Franklin*

Jeffrey Franklin

9-1-21
RE: Charles Clark

My name is Ramon Wye and I have known Mr. Clark since childhood, we basically grew up together from kids to adults with his family and my family. My mom-and-pop loved family as well. His brother Ray and my brother Wallace we are very close like brothers, as well as his sisters and my sisters, we are all family. We all kept jobs growing up and we had many, we were never the type of brothers to get into any type of trouble, plus our parent would kill us if we did get into any type of trouble, Charles has a heart of gold, and would never harm, hurt or was never the type to fight or start trouble with anyone, we built cars as we got our driver license, we always concentrated on work to help our family in need. We all had a great brother hood type of friendship. We built things like club houses, skateboards, wagons, soap box derby cars, bikes, lawn mowers ect. you name it we built it; we always did productive thing growing up. As we got older and started having kids, we and he always took great care of our kids and was always there for them. He is a great man and has always been an outstanding productive member of society.

Charles is a very smart man and would help anyone that needed his help. I can add a lot more, but I think you got the logistics on the type of man he is. I hope this letter explains to you what a true gentleman Mr. Charles Clark is. If you need any other info, I would be happy to present it to whom It my concern.

Thank you, Ramon Wye,
Vetteman10247@verizon.net